## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| In re: WILLIAMS, JAMES C. § | Case No. 09-73716 |
| WILLIAMS, DAWN M. § | |
| § | |
| Debtor(s) § | |

### TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on August 31, 2009. The undersigned trustee was appointed on April 05, 2010.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $      5,000.53

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Administrative expenses | 4.46 |
   | Payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]   $ | 4,996.07 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing claims in this case was 06/28/2010. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (9/1/2009)**

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,250.05. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,250.05, for a total compensation of $1,250.05. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $47.66, for total expenses of $47.66.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/07/2010            By:/s/JOSEPH D. OLSEN
                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TFR (9/1/2009)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 09-73716
**Case Name:** WILLIAMS, JAMES C.
              WILLIAMS, DAWN M.
**Period Ending:** 07/07/10

**Trustee:** (330400) JOSEPH D. OLSEN
**Filed (f) or Converted (c):** 08/31/09 (f)
**§341(a) Meeting Date:** 10/08/09
**Claims Bar Date:** 06/28/10

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 5270 Decker Drive, Kirkland IL | 180,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking Acct - Alpine Bank | 25.00 | 0.00 | DA | 0.00 | FA |
| 3 | Savings Account - Alpine Bank | 100.00 | 0.00 | DA | 0.00 | FA |
| 4 | Misc. Household Goods, Furnishings, & Appliances | 1,800.00 | 0.00 | DA | 0.00 | FA |
| 5 | Clothing | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 6 | Stock in RK Johnson & Associates, Inc. | 61,000.00 | Unknown | | 5,000.00 | FA |
| 7 | 2000 VW Beetle - 106k miles | 4,000.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.53 | FA |
| 8 | Assets    Totals (Excluding unknown values) | $248,425.00 | $0.00 | | $5,000.53 | $0.00 |

**Major Activities Affecting Case Closing:**

Trustee investigating the perfected interest of secured creditor in shares of stock of RK Johnson.

**Initial Projected Date Of Final Report (TFR):** December 31, 2010    **Current Projected Date Of Final Report (TFR):** July 5, 2010 (Actual)

Printed: 07/07/2010 02:35 PM    V.12.08

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 09-73716 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | WILLIAMS, JAMES C. | | Bank Name: | The Bank of New York Mellon |
| | WILLIAMS, DAWN M. | | Account: | 9200-******16-65 - Money Market Account |
| Taxpayer ID #: | **-***4805 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 07/07/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 05/11/10 | {6} | James and Dawn Williams | shares of stock | 1129-000 | 5,000.00 | | 5,000.00 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.19 | | 5,000.19 |
| 06/04/10 | | To Account #9200*******1666 | Payment of bond premium | 9999-000 | | 4.14 | 4,996.05 |
| 06/08/10 | | To Account #9200*******1666 | balance of bond premium | 9999-000 | | 0.32 | 4,995.73 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.28 | | 4,996.01 |
| 07/07/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0700% | 1270-000 | 0.06 | | 4,996.07 |
| 07/07/10 | | To Account #9200*******1666 | Under $10,000 - preparation of F. Rpt. | 9999-000 | | 4,996.07 | 0.00 |
| | | | ACCOUNT TOTALS | | 5,000.53 | 5,000.53 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 5,000.53 | |
| | | | Subtotal | | 5,000.53 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $5,000.53 | $0.00 | |

{} Asset reference(s)

Printed: 07/07/2010 02:35 PM    V.12.08

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 09-73716 | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|
| Case Name: | WILLIAMS, JAMES C. | Bank Name: | The Bank of New York Mellon |
|  | WILLIAMS, DAWN M. | Account: | 9200-******16-66 - Checking Account |
| Taxpayer ID #: | **-***4805 | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 07/07/10 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/04/10 |  | From Account #9200******1665 | Payment of bond premium | 9999-000 | 4.14 |  | 4.14 |
| 06/04/10 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/04/2010 FOR CASE #09-73716, Bond premium #016018067 Voided on 06/07/10 | 2300-003 |  | 4.14 | 0.00 |
| 06/07/10 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/04/2010 FOR CASE #09-73716, Bond premium #016018067 Voided: check issued on 06/04/10 | 2300-003 |  | -4.14 | 4.14 |
| 06/08/10 |  | From Account #9200******1665 | balance of bond premium | 9999-000 | 0.32 |  | 4.46 |
| 06/08/10 | 102 | US Bankruptcy Court | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2010 FOR CASE #09-73716, Bond premium #016018067 Voided on 06/08/10 | 2300-003 |  | 4.46 | 0.00 |
| 06/08/10 | 102 | US Bankruptcy Court | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2010 FOR CASE #09-73716, Bond premium #016018067 Voided: check issued on 06/08/10 | 2300-003 |  | -4.46 | 4.46 |
| 06/08/10 | 103 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2010 FOR CASE #09-73716, Bond Premium #016018067 | 2300-000 |  | 4.46 | 0.00 |
| 07/07/10 |  | From Account #9200******1665 | Under $10,000 - preparation of F. Rpt. | 9999-000 | 4,996.07 |  | 4,996.07 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | | 5,000.53 | 4.46 | $4,996.07 |
| Less: Bank Transfers | | 5,000.53 | 0.00 | |
| Subtotal | | 0.00 | 4.46 | |
| Less: Payments to Debtors | |  | 0.00 | |
| NET Receipts / Disbursements | | $0.00 | $4.46 | |

| Net Receipts: | 5,000.53 |
|---|---|
| Net Estate: | $5,000.53 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # 9200-******16-65 | 5,000.53 | 0.00 | 0.00 |
| Checking # 9200-******16-66 | 0.00 | 4.46 | 4,996.07 |
|  | $5,000.53 | $4.46 | $4,996.07 |

# EXHIBIT A
## ANALYSIS OF CLAIMS REGISTER

Claims Bar Date: June 28, 2010

Case Number: 09-73716  
Debtor Name: WILLIAMS, JAMES C.

Page: 1

Date: July 7, 2010  
Time: 02:35:26 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | JOSEPH D. OLSEN<br>1318 EAST STATE STREET<br>ROCKFORD, IL 61104-2228 | Admin Ch. 7 | | $1,250.05 | $0.00 | 1,250.05 |
| 200 | JOSEPH D. OLSEN<br>1318 EAST STATE STREET<br>ROCKFORD, IL 61104-2228 | Admin Ch. 7 | | $47.66 | $0.00 | 47.66 |
| 200 | Yalden, Olsen & Willette<br>1318 East State Street<br>Rockford, IL 61104 | Admin Ch. 7 | | $931.50 | $0.00 | 931.50 |
| 1<br>610 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $8,124.09 | $0.00 | 8,124.09 |
| 2<br>610 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $1,096.50 | $0.00 | 1,096.50 |
| 3<br>610 | Commerce Bank<br>P O BOX 419248<br>KCREC-10<br>Kansas City, MO 64141-6248 | Unsecured | | $8,545.05 | $0.00 | 8,545.05 |
| 4<br>610 | American Express Centurion Bank<br>Beckett & Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $24,982.03 | $0.00 | 24,982.03 |
| 5<br>610 | American Express Centurion Bank<br>Beckett & Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $2,906.39 | $0.00 | 2,906.39 |
| 6<br>610 | GE Money Bank dba QCARD<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami, FL 33131 | Unsecured | | $1,395.25 | $0.00 | 1,395.25 |
| 7<br>610 | First National Bank of Omaha<br>1620 Dodge Street Stop Code 3105<br>Omaha, NE 68197 | Unsecured | | $9,777.06 | $0.00 | 9,777.06 |
| 8<br>610 | Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | | $22,671.99 | $0.00 | 22,671.99 |
| << Totals >> | | | | 81,727.57 | 0.00 | 81,727.57 |

Case 09-73716    Doc 29    Filed 07/12/10    Entered 07/12/10 10:36:41    Desc Main
              Document      Page 7 of 9

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 09-73716
Case Name: WILLIAMS, JAMES C.
Trustee Name: JOSEPH D. OLSEN

Claims of secured creditors will be paid as follows:

*Claimant*                                                                *Proposed Payment*
                              N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | JOSEPH D. OLSEN | $ 1,250.05 | $ 47.66 |
| *Attorney for trustee* | Yalden, Olsen & Willette | $ 931.50 | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*                *Fees*                *Expenses*

**UST Form 101-7-TFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 79,498.36 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.5 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | Chase Bank USA, N.A. | $ 8,124.09 | $ 282.76 |
| 2 | Chase Bank USA, N.A. | $ 1,096.50 | $ 38.16 |
| 3 | Commerce Bank | $ 8,545.05 | $ 297.40 |
| 4 | American Express Centurion Bank | $ 24,982.03 | $ 869.47 |
| 5 | American Express Centurion Bank | $ 2,906.39 | $ 101.15 |
| 6 | GE Money Bank dba QCARD | $ 1,395.25 | $ 48.56 |
| 7 | First National Bank of Omaha | $ 9,777.06 | $ 340.28 |
| 8 | Fia Card Services, NA/Bank of America | $ 22,671.99 | $ 789.08 |

**UST Form 101-7-TFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                            Allowed Amt. of Claim    Proposed Payment*
N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                            Allowed Amt. of Claim    Proposed Payment*
N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

**UST Form 101-7-TFR (9/1/2009)**