# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| In re: WILLIAMS, JAMES C.<br>WILLIAMS, DAWN M.<br><br>Debtor(s) | § Case No. 09-73716<br>§<br>§<br>§ |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 08/18/2010 in Courtroom 115, United States Courthouse, 211 South Court
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated : 07/07/2010        By:  /s/JOSEPH D. OLSEN
                                                     Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

**UST Form 101-7-NFR (9/1/2009)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: WILLIAMS, JAMES C. | § | Case No. 09-73716 |
| WILLIAMS, DAWN M. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 5,000.53 |
| *and approved disbursements of* | $ 4.46 |
| *leaving a balance on hand of* [1] | $ 4,996.07 |

Claims of secured creditors will be paid as follows:

*Claimant*                                             *Proposed Payment*
                         N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | JOSEPH D. OLSEN | $ 1,250.05 | $ 47.66 |
| *Attorney for trustee* | Yalden, Olsen & Willette | $ 931.50 | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*                *Fees*                *Expenses*

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number*     *Claimant*                              *Allowed Amt. of Claim*     *Proposed Payment*

N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 79,498.36 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.5 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | Chase Bank USA, N.A. | $ 8,124.09 | $ 282.76 |
| 2 | Chase Bank USA, N.A. | $ 1,096.50 | $ 38.16 |
| 3 | Commerce Bank | $ 8,545.05 | $ 297.40 |
| 4 | American Express Centurion Bank | $ 24,982.03 | $ 869.47 |
| 5 | American Express Centurion Bank | $ 2,906.39 | $ 101.15 |
| 6 | GE Money Bank dba QCARD | $ 1,395.25 | $ 48.56 |
| 7 | First National Bank of Omaha | $ 9,777.06 | $ 340.28 |
| 8 | Fia Card Services, NA/Bank of America | $ 22,671.99 | $ 789.08 |

**UST Form 101-7-NFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number   Claimant                           Allowed Amt. of Claim   Proposed Payment*
N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number   Claimant                           Allowed Amt. of Claim   Proposed Payment*
N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

Prepared By: /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: cbachman              Page 1 of 1                  Date Rcvd: Jul 13, 2010
Case: 09-73716                Form ID: pdf006             Total Noticed: 26

The following entities were noticed by first class mail on Jul 15, 2010.
db/jdb        +James C. Williams,   Dawn M. Williams,   5270 Decker Drive,   Kirkland, IL 60146-8404
aty           +Craig A Willette,    Yalden Olsen & Willette,   1318 E State Street,   Rockford, IL 61104-2228
aty           +David L Davitt,   Schlueter Ecklund,   4023 Charles Street,   Rockford, IL 61108-6199
tr            +Joseph D Olsen,   Yalden Olsen & Willette,   1318 E State Street,   Rockford, IL 61104-2228
14388658       Alpine Bank,   1700 N. Alpine Road,   Rockford, IL 61107-1459
14388659      +Amcore,   501 7th Street,   Rockford, IL 61104-1299
14388660       American Express,   Box 0001,   Los Angeles, CA 90096-0001
15425271       American Express Centurion Bank,   Beckett & Lee LLP,   POB 3001,   Malvern, PA 19355-0701
14388662       Bank of America,   P.O. box 15019,   Wilmington, DE 19886-5019
14388663      +Capital One Bank,   PO Box 6492,   Carol Stream, IL 60197-6492
14388664       Cardmember Service,   P.O. Box 15153,   Wilmington, DE 19886-5153
14388665       Chase,   PO Box 9001871,   Louisville, KY 40290-1871
15397916       Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
15408137       Commerce Bank,   P O BOX 419248,   KCREC-10,   Kansas City, MO 64141-6248
14388666       Commerce Bank,   PO Box 806000,   Kansas City, MO 64180-6000
15723892      +First National Bank of Omaha,   1620 Dodge Street Stop Code 3105,   Omaha Ne 68197-0002
14388667       GMAC Mortgage,   PO Box 780,   Waterloo, IA 50704-0780
14388668      +J. Michael Cavanagh,   10259 Ray Drive,   Roscoe, IL 61073-9329
14388669       Q card,   P.O. Box 530905,   Atlanta, GA 30353-0905
14388670      +Thomas D. Eddie,   8088 Omega Drive,   Roscoe, IL 61073-7586
14388671       VISA - First Bankcard,   PO Box 2557,   Omaha, NE 68103-2557
14425666      +VW Credit, Inc.,   PO Box 829009,   Dallas, Tx 75382-9009
The following entities were noticed by electronic transmission on Jul 13, 2010.
14388661       E-mail/Text: vci.bkcy@vwcredit.com                            Audi Financial Services,
               PO Box 17497,   Baltimore, MD 21297-1497
15743519       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 14 2010 01:04:50
               Fia Card Services, NA/Bank of America,   by American Infosource Lp As Its Agent,   PO Box 248809,
               Oklahoma City, OK  73124-8809
14461431       E-mail/PDF: gecsedi@recoverycorp.com Jul 14 2010 01:14:20      GE Money Bank,
               c/o Recovery Management Systems Corp,   Attn: Ramesh Singh,   25 SE 2nd Avenue Suite 1120,
               Miami FL 33131-1605
15623713      +E-mail/PDF: gecsedi@recoverycorp.com Jul 14 2010 01:14:20      GE Money Bank dba QCARD,
               Care of Recovery Management Systems Corp,   25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +Joseph D Olsen,   Yalden Olsen & Willette,   1318 E State Street,   Rockford, IL 61104-2228
15425272*      American Express Centurion Bank,   Beckett & Lee LLP,   POB 3001,   Malvern, PA 19355-0701
14394359*     +Audi Financial Services,   PO box 17497,   Baltimore, MD 21297-1497
14429956*     +VW Credit Inc,   PO Box 829009,   Dallas, TX 75382-9009
                                                                                        TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jul 15, 2010**          **Signature:** *Joseph Speetjens*