# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | | |
|---|---|---|
| In re: WILLIAMS, JAMES C. | § | Case No. 09-73716 |
| WILLIAMS, DAWN M. | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $187,425.00 | Assets Exempt: $9,500.00 |
| Total Distribution to Claimants: $2,766.86 | Claims Discharged Without Payment: $76,731.50 |
| Total Expenses of Administration: $2,233.67 | |

3) Total gross receipts of $ 5,000.53 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $5,000.53 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,233.67 | 2,233.67 | 2,233.67 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 0.00 | 79,498.36 | 79,498.36 | 2,766.86 |
| **TOTAL DISBURSEMENTS** | $0.00 | $81,732.03 | $81,732.03 | $5,000.53 |

4)  This case was originally filed under Chapter 7 on August 31, 2009.
. The case was pending for 13 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/28/2010          By: /s/JOSEPH D. OLSEN
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 − GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Stock in RK Johnson & Associates, Inc. | 1129-000 | 5,000.00 |
| Interest Income | 1270-000 | 0.53 |
| **TOTAL GROSS RECEIPTS** | | **$5,000.53** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 − FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 − SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| **TOTAL SECURED CLAIMS** | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (9/1/2009)**

### EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 1,250.05 | 1,250.05 | 1,250.05 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 47.66 | 47.66 | 47.66 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 931.50 | 931.50 | 931.50 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 4.46 | 4.46 | 4.46 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 2,233.67 | 2,233.67 | 2,233.67 |

### EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Chase Bank USA, N.A. | 7100-000 | N/A | 8,124.09 | 8,124.09 | 282.76 |
| Chase Bank USA, N.A. | 7100-000 | N/A | 1,096.50 | 1,096.50 | 38.16 |
| Commerce Bank | 7100-000 | N/A | 8,545.05 | 8,545.05 | 297.40 |
| American Express Centurion Bank | 7100-000 | N/A | 24,982.03 | 24,982.03 | 869.47 |
| American Express Centurion Bank | 7100-000 | N/A | 2,906.39 | 2,906.39 | 101.15 |
| GE Money Bank dba QCARD | 7100-000 | N/A | 1,395.25 | 1,395.25 | 48.56 |
| First National Bank of Omaha | 7100-000 | N/A | 9,777.06 | 9,777.06 | 340.28 |
| Fia Card Services, NA/Bank of America | 7100-000 | N/A | 22,671.99 | 22,671.99 | 789.08 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 0.00 | 79,498.36 | 79,498.36 | 2,766.86 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-73716  
**Case Name:** WILLIAMS, JAMES C.  
　　　　　　　WILLIAMS, DAWN M.  
**Period Ending:** 09/28/10

**Trustee:**　(330400)　JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 08/31/09 (f)  
**§341(a) Meeting Date:** 10/08/09  
**Claims Bar Date:** 06/28/10

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) DA=§554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| 1　5270 Decker Drive, Kirkland IL | 180,000.00 | 0.00 | DA | 0.00 | FA |
| 2　Checking Acct - Alpine Bank | 25.00 | 0.00 | DA | 0.00 | FA |
| 3　Savings Account - Alpine Bank | 100.00 | 0.00 | DA | 0.00 | FA |
| 4　Misc. Household Goods, Furnishings, & Appliances | 1,800.00 | 0.00 | DA | 0.00 | FA |
| 5　Clothing | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 6　Stock in RK Johnson & Associates, Inc. | 61,000.00 | Unknown | | 5,000.00 | FA |
| 7　2000 VW Beetle - 106k miles | 4,000.00 | 0.00 | DA | 0.00 | FA |
| Int　INTEREST  (u) | Unknown | N/A | | 0.53 | FA |
| 8　Assets　Totals (Excluding unknown values) | **$248,425.00** | **$0.00** | | **$5,000.53** | **$0.00** |

**Major Activities Affecting Case Closing:**

　　　Trustee investigating the perfected interest of secured creditor in shares of stock of RK Johnson.

**Initial Projected Date Of Final Report (TFR):**　　December 31, 2010　　　**Current Projected Date Of Final Report (TFR):**　　July 5, 2010  (Actual)

Printed: 09/28/2010 08:06 AM　　V.12.52

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-73716  
**Case Name:** WILLIAMS, JAMES C.  
WILLIAMS, DAWN M.  
**Taxpayer ID #:** **-***4805  
**Period Ending:** 09/28/10

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******16-65 - Money Market Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/11/10 | {6} | James and Dawn Williams | shares of stock | 1129-000 | 5,000.00 | | 5,000.00 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.19 | | 5,000.19 |
| 06/04/10 | | To Account #9200******1666 | Payment of bond premium | 9999-000 | | 4.14 | 4,996.05 |
| 06/08/10 | | To Account #9200******1666 | balance of bond premium | 9999-000 | | 0.32 | 4,995.73 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.28 | | 4,996.01 |
| 07/07/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0700% | 1270-000 | 0.06 | | 4,996.07 |
| 07/07/10 | | To Account #9200******1666 | Under $10,000 - preparation of F. Rpt. | 9999-000 | | 4,996.07 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 5,000.53 | 5,000.53 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 5,000.53 | |
| | | | **Subtotal** | | 5,000.53 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,000.53** | **$0.00** | |

{} Asset reference(s)

Printed: 09/28/2010 08:06 AM    V.12.52

Exhibit 9

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

**Case Number:** 09-73716  
**Case Name:** WILLIAMS, JAMES C.  
WILLIAMS, DAWN M.  
**Taxpayer ID #:** **-***4805  
**Period Ending:** 09/28/10  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******16-66 - Checking Account  
**Blanket Bond:** $1,500,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/04/10 |  | From Account #9200******1665 | Payment of bond premium | 9999-000 | 4.14 |  | 4.14 |
| 06/04/10 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/04/2010 FOR CASE #09-73716, Bond premium #016018067 Voided on 06/07/10 | 2300-003 |  | 4.14 | 0.00 |
| 06/07/10 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/04/2010 FOR CASE #09-73716, Bond premium #016018067 Voided: check issued on 06/04/10 | 2300-003 |  | -4.14 | 4.14 |
| 06/08/10 |  | From Account #9200******1665 | balance of bond premium | 9999-000 | 0.32 |  | 4.46 |
| 06/08/10 | 102 | US Bankruptcy Court | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2010 FOR CASE #09-73716, Bond premium #016018067 Voided on 06/08/10 | 2300-003 |  | 4.46 | 0.00 |
| 06/08/10 | 102 | US Bankruptcy Court | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2010 FOR CASE #09-73716, Bond premium #016018067 Voided: check issued on 06/08/10 | 2300-003 |  | -4.46 | 4.46 |
| 06/08/10 | 103 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2010 FOR CASE #09-73716, Bond Premium #016018067 | 2300-000 |  | 4.46 | 0.00 |
| 07/07/10 |  | From Account #9200******1665 | Under $10,000 - preparation of F. Rpt. | 9999-000 | 4,996.07 |  | 4,996.07 |
| 08/18/10 | 104 | Yalden, Olsen & Willette | Dividend paid 100.00% on $931.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 |  | 931.50 | 4,064.57 |
| 08/18/10 | 105 | JOSEPH D. OLSEN | Dividend paid 100.00% on $47.66, Trustee Expenses;  Reference: | 2200-000 |  | 47.66 | 4,016.91 |
| 08/18/10 | 106 | JOSEPH D. OLSEN | Dividend paid 100.00% on $1,250.05, Trustee Compensation;  Reference: | 2100-000 |  | 1,250.05 | 2,766.86 |
| 08/18/10 | 107 | Chase Bank USA, N.A. | Dividend paid   3.48% on $8,124.09; Claim# 1; Filed: $8,124.09; Reference: | 7100-000 |  | 282.76 | 2,484.10 |
| 08/18/10 | 108 | Chase Bank USA, N.A. | Dividend paid   3.48% on $1,096.50; Claim# 2; Filed: $1,096.50; Reference: | 7100-000 |  | 38.16 | 2,445.94 |
| 08/18/10 | 109 | Commerce Bank | Dividend paid   3.48% on $8,545.05; Claim# 3; Filed: $8,545.05; Reference: | 7100-000 |  | 297.40 | 2,148.54 |
| 08/18/10 | 110 | American Express Centurion Bank | Dividend paid   3.48% on $24,982.03; Claim# 4; Filed: $24,982.03; Reference: | 7100-000 |  | 869.47 | 1,279.07 |
| 08/18/10 | 111 | American Express Centurion Bank | Dividend paid   3.48% on $2,906.39; Claim# 5; Filed: $2,906.39; Reference: | 7100-000 |  | 101.15 | 1,177.92 |
| 08/18/10 | 112 | GE Money Bank dba QCARD | Dividend paid   3.48% on $1,395.25; Claim# 6; | 7100-000 |  | 48.56 | 1,129.36 |

Subtotals :     $5,000.53     $3,871.17

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 09-73716  
**Case Name:** WILLIAMS, JAMES C.  
WILLIAMS, DAWN M.  
**Taxpayer ID #:** **-***4805  
**Period Ending:** 09/28/10

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******16-66 - Checking Account  
**Blanket Bond:** $1,500,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Filed: $1,395.25; Reference: | | | | |
| 08/18/10 | 113 | First National Bank of Omaha | Dividend paid   3.48% on $9,777.06; Claim# 7;<br>Filed: $9,777.06; Reference: | 7100-000 | | 340.28 | 789.08 |
| 08/18/10 | 114 | Fia Card Services, NA/Bank of America | Dividend paid   3.48% on $22,671.99; Claim# 8;<br>Filed: $22,671.99; Reference: | 7100-000 | | 789.08 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 5,000.53 | 5,000.53 | $0.00 |
| Less: Bank Transfers | 5,000.53 | 0.00 | |
| **Subtotal** | 0.00 | 5,000.53 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$5,000.53** | |

Net Receipts :       5,000.53  
━━━━━━━━━━━━  
Net Estate :       $5,000.53

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # 9200-******16-65** | 5,000.53 | 0.00 | 0.00 |
| **Checking # 9200-******16-66** | 0.00 | 5,000.53 | 0.00 |
| | **$5,000.53** | **$5,000.53** | **$0.00** |